IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:11cr191-MHT** |
| | ) | **(WO)** |
| **CHRISTOPHER DARRIN ALLOWAY** | ) | |

### ORDER

It is ORDERED that defendant Christopher Darrin Alloway's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582 **(AMENDMENT 782)** (doc. no. 542) is referred to the Retroactivity Screening Panel for recommendation.

DONE, this the 27th day of July, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**