2:11-CR-191-MHT-SRW-3

To whom it may concern;

RECEIVED   10-20-15
2015 OCT 22 P 2:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Greetings:

My name is Christopher D. Alloway (#13697002). In August 2012 I got sentenced to sixty-three (63) months in the middle District of Alabama by Judge M. Thompson. My release date is July 7, 2016. At this current date and time I have approx. eight (8) months left.

I am writing this letter in concern of my two point reduction. On July 13, 2015, I put in a motion to get the reduction. I was then told that I am eligible for the reduction and it will take up to one (1) year off my current sentence. However, I would be put on an elongated list and my time will be reduced before November 1, 2015 — which is when the law suppose to go into effect.

This are several other inmates that I know of that fell under the law that I mention above and already gotten their two point reduction.

The Holidays are coming up very soon and it will be a very big blessing to spend them with my family. As I said before, other inmates have already gotten their release date shorten. If possible can

you please write me back to Inform me whats going on abaut my Current Situation. Any additional Information with help with the matter. I am really anticipating my emancipation.

Respectfully,

C. Alloway

Christopher D. Alloway.