# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
**Retroactivity Screening Panel**
**Recommendation**

| | |
|---|---|
| United States of America | Case No. |
| v. | USM No. |
| | Previous Atty. |
| | Current Atty. |
| | Institution |
| | Proj. Rel. Date |

Date of Original Judgment:
Date of Previous Amended Judgment:
*(If applicable)*

Review if case is based on motion of:         the defendant
                                               the Court
                                               The Director of the Bureau of Prisons

**Determination of the Guideline Range** *(Prior to Any Departures)*
Original Total Offense Level: _____
Criminal History Category: ____
Original Guideline Range: ___to___mos

Previous Total Offense Level (*if applicable*):_____         Amended Total Offense Level: _____
Criminal History Category: ____                              Criminal History Category: ____
Previous Guideline Range: ___to___mos                        Amended Guideline Range: ___to___mos

  The original sentence was based on a downward departure or Rule 35 reduction which resulted in a total offense level of ___ and a guideline range of ___ to ___ months.

  The previous amended sentence *(if applicable)* was based on a comparable downward departure or Rule 35 reduction which resulted in a total offense level of ___ and a guideline range of ___ to ___ months.

Previous Sentence: ____ months

Previous Amended Sentence *(if applicable)*: ____ months

  A unanimous decision regarding a recommended sentence could not be reached by the panel. The panel recommends that the court appoint counsel and that a hearing be set.

Unanimous Recommended Sentence Based on Amended guideline Range: _____ months

    Recommended sentence is within the amended guideline range.

    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the recommended sentence is comparably less than the amended guideline range.

    Comments: _____
_____
_____
_____

    The panel has reviewed the factors for consideration outlined in U.S.S.G. §1B1.10, comment. (n.1), and has found that there are no public safety or post-sentencing conduct issues that would preclude the defendant from being considered for a reduced sentence.

    The panel has reviewed the factors for consideration outlined in U.S.S.G. §1B1.10, comment. (n.1), and has found that there are public safety or post-sentencing conduct issues that the court may wish to consider in making a determination regarding whether a reduction in the defendant's term of imprisonment is warranted.  Please see attached document(s).

    Recommendation Approved.

    Recommendation Disapproved.

                                                      _____
                                                       U.S. District Judge

                                                             _____
                                                               Date