IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
) **CRIMINAL ACTION NO.**
  v. ) **2:11cr191-MHT**
)
**CHRISTOPHER DARRIN ALLOWAY** )

## ORDER

Upon consideration of the Retroactivity Screening Panel's recommendation (doc. no. 555), the court has concerns about the Panel's conclusion. As defendant Christopher Darrin Alloway would benefit from counsel to represent him on this matter, it is ORDERED that the clerk of the court is to arrange for the appointment of counsel for defendant Alloway.

DONE, this the 12th day of November, 2015.

　　　　　　　　　　　　　　　　 ___/s/ Myron H. Thompson____
　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**