IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )         2:11cr191-MHT
                             )             (WO)
CHRISTOPHER DARIN ALLOWAY    )
```

ORDER

Based on the representations made on the record on November 13, 2015, it is ORDERED as follows:

(1) The defendant's motions for retroactive application of sentencing guidelines under Amendment 782 (doc. no. 542) and to expedite ruling on that motion (doc. no. 547) are set for a hearing on December 7, 2015, at 1:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Defense counsel is to file a pre-hearing brief by no later than noon on November 30, 2015, setting out the defendant's position as to whether his post-sentencing conduct should preclude him from receiving a sentence reduction, or limit the reduction

**he receives, pursuant to U.S.S.G. § 1B1.10 cmt. no. 1(B)(iii), and the government is to file a response by no later than noon on December 4, 2015.**

**DONE, this the 16th day of November, 2015.**

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**